# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 27, 2023

## NO. 03-22-00002-CV

**Robert Norton, Appellant**

**v.**

**Camtu Phan, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on December 17, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment granting Phan's no-evidence summary judgment that dismissed Norton's claims and the associated attorney's fees and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the district court's judgments on Phan's traditional summary-judgment motion on her claims and the permanent injunction. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.